IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>VINCENT L. BASS,<br><br>              Defendant. | 4:21CR3104<br><br>**AMENDED ORDER** |

Defendant is released subject to the following:

1)     Defendant shall appear at a revocation hearing to commence before the Honorable Joseph F. Bataillon, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 1:30 p.m. on March 12, 2024.

2)     Defendant shall comply with all terms and conditions of his supervised release and the following additional conditions:

   a. Defendant shall obtain and maintain employment;
   b. Defendant shall maintain sobriety;
   c. Defendant shall participate in all programs recommended by his supervising officer, including but not limited to an anger management program; and
   d. Defendant shall submit to a search of his person, place of residence, office, or vehicle, upon request of law enforcement or by a United States Probation Officer; failure to submit to a search may be grounds for revocation and Defendant must warn any other residents that the premises may be subject to searches pursuant to this condition.

3)     The Marshal shall release Defendant on February 5, 2024 to either Vincent Bass III or Leatha Bass.

IT IS SO ORDERED.

February 6, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge